**Appeal Dismissed and Memorandum Opinion filed May 2, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00101-CV

**JOHN F. DIETZ, Appellant**

**V.**

**4J ENERGY, LLC AND ENERGIA INER, S. DE R.L. DE CV, Appellees**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-68508**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed November 22, 2022. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

The order appealed from severs multiple claims asserted between the two appellees, but which were not prosecuted by or against appellant John F. Dietz, into a new severed action and purports to be a final judgment in that severed action. Appellant's appeal, however, does not purport to be an appeal from the severed action, but from the trial court proceeding that action originated from, Trial Court Cause No. 2017-68508. This is the second attempt appellant has made to appeal regarding that action. In our memorandum opinion dismissing the first appeal for want of jurisdiction, we noted there was no appealable final judgment because two claims remained pending: a claim by one appellee against the other for fraud, and a cross-claim by appellant against appellee Energia Iner, S. de R.L. de CV for reimbursement and indemnification. *Dietz v. 4J Energy, LLC*, No. 14-22-00215-CV, 2022 WL 6603169, at *1 (Tex. App.—Houston [14th Dist.] Oct. 11, 2022, no pet.) (per curiam) (mem. op.). The first claim is no longer part of the appealed-from trial court proceeding. However, there is nothing in the record that indicates appellant's cross-claim has been resolved by the trial court. Because that cross-claim apparently remains pending before the trial court, there remains no appealable final judgment in this appeal. *Bally Total Fitness Corp.*, 53 S.W.3d at 352; *Jack B. Anglin Co.*, 842 S.W.2d at 272.

On April 10, 2023, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless any demonstrated this court has jurisdiction over this appeal on or before April 20, 2023. *See* Tex. R. App. P. 42.3(a). No party has filed a response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.